DeBusman, Appellant, *v.* Hyman et ux.,
Appellants, et al.

Argued December 15, 1975. *Dennis J. O'Leary*, with him *White and Williams*, for appellants at No. 1409 and appellees at No. 1442; *Joseph Lurie*, with him *Galfand, Berger, Senesky, Lurie & March*, for appellant at No. 1442; *Robert J. Murphy*, with him *Murphy, Murphy & Murphy*, for additional defendant.

Judgment affirmed.